# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**COLETTE STOWERS**
    **Plaintiff,**

vs.                                          CASE NO.: 1:16-CV-04582-MHC

**RWDT Foods, Inc., DBA**
**DENNY'S,**
    **Defendant.**
_____/

## NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES

    Plaintiff, COLETTE STOWERS, hereby notifies the Court that the Parties have reached an agreement in principle, and are currently finalizing an agreement as to Plaintiff's claims. Accordingly, Plaintiff requests an extension of any pending deadlines for thirty (30) days in order for the Parties to finalize the terms of their agreement, upon which Plaintiff will voluntarily dismiss the above-captioned suit with prejudice.

    Dated this 31st day of October, 2017.

                                        *s/ Adian Miller*
                                        ADIAN MILLER, ESQUIRE
                                        Ga Bar. No. 794647
                                        Morgan & Morgan, P.A.
                                        191 Peachtree Street N.E.
                                        Suite 4200, Atlanta, GA 30303
                                        (404) 496-7332 Direct

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ ADIAN MILLER
Adian Miller