IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLETTE STOWERS,<br><br>    Plaintiff,<br><br>v.<br><br>RWDT FOODS, INC. doing business as Denny's,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-4582-MHC |

## ORDER

Plaintiff filed a Notice of Settlement [Doc. 37]. The Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a stipulation of dismissal upon completion of settlement. If the settlement fails, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 13th day of December, 2017.

_____
MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.