UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| COLETTE STOWERS,<br><br>  Plaintiff,<br><br>v.<br><br>RWDT Foods, Inc., dba DENNY'S,<br><br>  Defendant. | Civil Action<br>File No.:   1:16-CV-4582-MHC |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW plaintiff Colette Stowers and Defendant RWDT Foods, Inc., by and through their undersigned counsel of record, and hereby dismiss the above-styled case WITH prejudice. The parties hereby further request the Clerk of Court to mark said action Dismissed with Prejudice.

Respectfully submitted this 12th day of January, 2018.

*[signatures on following page]*

        MORGAN & MORGAN, P.A.
        Attorneys for Plaintiff


By:   /s/ ADIAN MILLER
        Adian Miller*
        GA State Bar No. 794647
        Suite 4200
        191 Peachtree Street NE
        Atlanta, GA 30303
        armiller@forthepeople.com
        *Attorney for Plaintiff*

*signed with express permission by Robert A. Luskin, Esq.


        Goodman McGuffey LLP
        Attorneys for RWDT Foods, Inc.


By:   /s/ ROBERT A. LUSKIN
        ROBERT A. LUSKIN
        GA State Bar No. 004383
        rluskin@gmlj.com
        JOSHUA Y. JOEL
        GA State Bar No. 230547
        jjoel@gmlj.com
        3340 Peachtree Road NE, Suite 2100
        Atlanta, GA 30326-1084
        (404) 264-1500 Phone
        (404) 264-1737 Fax

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| COLETTE STOWERS,<br><br>    Plaintiff,<br><br>v.<br><br>RWDT Foods, Inc., dba DENNY'S,<br><br>    Defendant. | Civil Action<br>File No.:     1:16-CV-4582-MHC |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed this **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Adian Miller, Esq.
Morgan & Morgan, P.A.
Suite 4200
191 Peachtree Street NE
Atlanta, GA 30303
armiller@forthepeople.com

This 12th day of January, 2018.

/s/ ROBERT A. LUSKIN
Robert A. Luskin
GA State Bar No.  004383
rluskin@gmlj.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax

Doc ID #4742681